IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY JOINER,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 05-00509-WS-C |
| **JESSE JONES, et al.,** | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 8th day of February, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE