IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY JOINER,** | : |
| Plaintiff, | : |
| vs. | :     **CIVIL ACTION 05-00509-WS-C** |
| **JESSE JONES, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 8th day of February, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE